SR: TDL
USAO File # 2003V01837
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

               Plaintiff,

   -against-

ANY AND ALL RADIO STATION
TRANSMISSION EQUIPMENT,
RADIO FREQUENCY POWER
AMPLIFIERS, RADIO FREQUENCY
TEST EQUIPMENT AND ANY OTHER
EQUIPMENT ASSOCIATED WITH THE
TRANSMISSIONS ON 103.1 MHZ, LOCATED AT
THE ROOF OF 886 RUTLAND ROAD,
BROOKLYN, NEW YORK 11203, THE BASEMENT OF
886 RUTLAND ROAD, BROOKLYN, NEW YORK 11203,
THE ROOF OF 888 RUTLAND ROAD, BROOKLYN, NEW
YORK 11203, AND FIRST FLOOR REAR OF 890 RUTLAND ROAD,
BROOKLYN, NEW YORK 11203.

             Defendants-In Rem.

- - - - - - - - - - - - - - - - - - x

Civil Action No.:
CV-03-3798
(Amon, J.)
(Go, M.J.)

**UNSEALING
ORDER**

      WHEREAS, on or about August 4, 2003, Plaintiff United

States of America ("United States") requested that this Court order

that the Clerk of the Court seal all documents filed in this action

until the United States Marshals Service executes and returns a

Warrant for the Arrest of Articles *In Rem* ("Warrant") to the Clerk

of the Court; and

      WHEREAS, on August 4, 2003, this Court granted the United

States' request, and ordered that the Clerk of the Court file under

seal all documents filed in this action until the Marshals Service

executes and returns a Warrant to the Clerk of the Court; and

-1-

WHEREAS, the Marshals Service has since executed and returned an Amended Warrant for the above-captioned action to the Clerk of the Court.

NOW THEREFORE IT IS HEREBY ORDERED THAT the above-captioned action be unsealed.

Dated:     Brooklyn, New York
           July 10, 2007

SO ORDERED:


 s/Carol B. Amon
_____
HONORABLE CAROL BAGLEY AMON
UNITED STATES DISTRICT JUDGE



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SR: TDL
USAO File # 2003V01978
FCC.Ltr.Ct.unseal.order.wpd

**FILED UNDER SEAL**

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

*Mailing Address:* *147 Pierrepont Street*
*Brooklyn, New York 11201*

July 5, 2007

**Via Hand Delivery**

Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: *United States v. Any And All Radio Station Transmission Equip., Radio Frequency Test Equip. and Any Other Equip. Associated With the Transmissions On 103.1 MHz and 949.55 MHz, Located At The Roof Of 886 Rutland Road, et al.,,* <u>Civil Action No. CV-03-3798 (Amon, J.) (Go, M.J.)</u>

Dear Judge Amon:

Enclosed please find for Your Honor's endorsement an order to unseal the above-referenced action.

Thank you for Your Honor's time and attention concerning this matter.

Respectfully submitted,

ROSLYNN R. MAUSKOPF
United States Attorney
Eastern District of New York

By: _____
TIMOTHY D. LYNCH (TL-8561)
Assistant U.S. Attorney
(718) 254-6288/7000